Hazel Whittaker, appellee, v. Central Trust Company of Illinois, and Etta Surkin, appellant. Gen. No. 35,931.

Opinion filed March 29, 1933.

John A. Bloomingston, for appellant. ·Sampson & Sampson and Henry C. Ferguson, for appellee; Henry C. Ferguson, of counsel.

Mr. Justice Hall delivered the opinion of the court.

City of Chicago, appellee, v. Samuel Glaubach, appellant. Gen. No. 35,952.

Opinion filed March 29, 1933.

Michael B. Roderick, for appellant. No appearance for appellee.

Mr. Justice Hall delivered the opinion of the court.

The Prudential Insurance Company of America, appellee, v. Samuel J. Richman et al., defendants, on appeal of Daniel G. Marks and Bessie Richman, appellants. Gen. No. 36,484.

Opinion filed March 29, 1933.

Emanuel Eller and Samuel J. Richman, for appellants. Hoyne, O'Connor & Rubinkam, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Louis Solomon, administrator of the estate of Paul Solomon, deceased, appellant, v. George W. Wead and the Woodlawn Trust & Savings Bank, trustee, impleaded with H. M. Marsh, appellees. Gen. No. 35,117.

Opinion filed March 29, 1933.

Estelle M. Wells and Elizabeth Buchhalter, for appellant. Langworthy, Stevens, McKeag & McCornack, for appellees; James McKeag, of counsel.

Mr. Justice Hebel delivered the opinion of the court.